**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**SANTOS AVILA BUSTAMANTE**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR. S. 05-0384 WBS |
| ) Plaintiff, ) | **ORDER** |
| ) v. ) | |
| **SANTOS AVILA BUSTAMANTE**, et al., ) | |
| ) Defendants. ) | |
| _____ ) | |

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule and non-evidentiary hearing herein are re-scheduled as follows:

- Defense moving papers to be filed by March 31, 2006.
- Government opposition to be filed by April 21, 2006.
- Option defense reply to be filed by April 28, 2006.
- Non-evidentiary hearing on May 3, 2006, at 9:00 a.m.

///

///

///

1    Further, IT IS ORDERED that time is excluded as per the terms of the
2 stipulation between the parties.

DATE:  March 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE