1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: (916) 444-1546
   *e-mail: vshjah@aol.com*
5
   Attorney for Defendant
6  **SANTOS AVILA BUSTAMANTE**

7

8              **IN THE UNITED STATES DISTRICT COURT**

9         **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12 **UNITED STATES OF AMERICA,**        )   CR. S. 05-0384 WBS
                                         )
13             Plaintiff,                )   **ORDER**
                                         )
14 v.                                    )
                                         )
15 **SANTOS AVILA BUSTAMANTE**, et al.,  )
                                         )
16             Defendants.               )
   _____)
17

18       Based upon the stipulation of the parties, and good cause appearing, IT IS

19 HEREBY ORDERED that the briefing schedule and non-evidentiary hearing

20 herein are re-scheduled as follows:

21       •       Defense moving papers to be filed by April 28, 2006.

22       •       Government opposition to be filed by May 12, 2006.

23       •       Optional defense reply to be filed by May 19, 2006.

24       •       Non-evidentiary hearing on May 31, 2006, at 9:00 a.m.

25 ///

26 ///

27 ///

28 ///

1  Further, IT IS ORDERED that time is excluded as per the terms of the
2  stipulation between the parties.

3
4  DATE: April 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE