1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No.  S-05-384-WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| JOSE ANGEL BUSTAMANTE, and SANTO BUSTAMANTE, | ) | |
| Defendants. | ) | |

Based upon the stipulation of the parties and their representation that they are actively seeking resolution of this case prior to the court's consideration of the motions filed on behalf of Santos Bustamante (and joined by Jose Angel Bustamante), the remaining briefing schedule and non-evidentiary hearing herein are rescheduled as follows:

- Government's opposition to motions to be filed by June 9, 2006
- Optional defense reply to be filed by June 16, 2006
- Non-evidentiary hearing on June 28, 2006

///

///

///

1

As the defendants' currently have motions pending before the court, time will be excluded up to and including June 28, 2006 based upon 18 U.S.C. § 3161(h)(1)(F) (pending pretrial motions).

```
DATED:   5/10/06              /s/ Victor S. Haltom
                              VICTOR S. HALTOM
                              Attorney for Santos Bustamante


DATED:   5/10/06              /s/ Dina s. Santos
                              DINA S. SANTOS
                              Attorney for Jose Angel Bustamante


DATED:  _5/10/06   _____    McGREGOR W. SCOTT
                              United States Attorney



                              By:__/s/_____
                                 MARY L. GRAD
                                 Assistant U.S. Attorney
```

SO ORDERED.

Dated:  May 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE