McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No.  S-05-384-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ANGEL BUSTAMANTE, and | ) | |
| SANTOS BUSTAMANTE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the stipulation of the parties and their

representation that they are actively seeking resolution of this

case prior to the court's consideration of the motions filed on

behalf of Santos Bustamante (and joined by Jose Angel Bustamante),

the remaining briefing schedule and non-evidentiary hearing herein

are rescheduled as follows:

- Government's opposition to motions to be filed by July 7, 2006

- Optional defense reply to be filed by July 14, 2006

- Non-evidentiary hearing on July 26, 2006

///

///

///

1

1    As the defendants' currently have motions pending before the

2  court, time will be excluded up to and including July 26, 2006 based

3  upon 18 U.S.C. § 3161(h)(1)(F) (pending pretrial motions).

4

5  DATED: _____        /s/ Victor S. Haltom
                                     VICTOR S. HALTOM
6                                    Attorney for Santos Bustamante

7

8  DATED: _____        /s/ Dina s. Santos
                                     DINA S. SANTOS
9                                    Attorney for Jose Angel Bustamante

10

11 DATED: _____        McGREGOR W. SCOTT
                                     United States Attorney
12

13

                                     By:_____
14                                       MARY L. GRAD
                                         Assistant U.S. Attorney
15

16

17 SO ORDERED.

18

19 Dated:  June 15, 2006

20

21 _____
   WILLIAM B. SHUBB
22 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                   2