
**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**SANTOS AVILA BUSTAMANTE**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>           ) <br>    Plaintiff,       )<br>           )<br>v.          )<br>           )<br>**SANTOS AVILA BUSTAMANTE**, et al., )<br>           )<br>    Defendants.   )<br>_____ ) | CR. S. 05-0384 WBS<br><br>**ORDER** |

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule and non-evidentiary hearing herein are re-scheduled as follows:

- Government opposition to be filed by September 3, 2006.
- Optional defense reply to be filed by September 10, 2006.
- Non-evidentiary hearing on September 20, 2006, at 9:00 a.m.

Further, IT IS ORDERED that time is excluded as per the terms of the stipulation between the parties.

DATE: July 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE