1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: (916) 444-1546
   *e-mail: vshjah@aol.com*
5
   Attorney for Defendant
6  **SANTOS AVILA BUSTAMANTE**

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12 **UNITED STATES OF AMERICA,**           )   CR. S. 05-0384 WBS
                                            )
13              Plaintiff,                  )   **ORDER**
                                            )
14 v.                                       )
                                            )
15 **SANTOS AVILA BUSTAMANTE**, et al.,     )
                                            )
16              Defendants.                 )
   _____)
17

18      Based upon the stipulation of the parties, and good cause appearing, IT IS

19 HEREBY ORDERED that the briefing schedule and non-evidentiary hearing

20 herein are re-scheduled as follows:

21      •      Government opposition to be filed by November 15, 2006.

22      •      Optional defense reply to be filed by November 22, 2006.

23      •      Non-evidentiary hearing on December 6, 2006, at 9:00 a.m.

24 ///

25 ///

26 ///

27 ///

28 ///

   ///

1     Further, IT IS ORDERED that time is excluded as per the terms of the
2  stipulation between the parties.
3
   DATE:  September 19, 2006
4
5                                    _____
                                     WILLIAM B. SHUBB
6                                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28