DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE ANGEL BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-0384 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOSE ANGEL BUSTAMANTE, et al. | |
| Defendant. | Date: January 22, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MARY GRAD, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE ANGEL BUSTAMANTE, attorney VICTOR HALTOM, counsel for SANTOS BUSTAMANTE, and attorney RUSSELL HUMPHREY, counsel for SANTOS FELIX, that the status conference scheduled for December 6, 2006, be vacated and the matter be continued to this Court's criminal calendar on January 22, 2007 at 8:30 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation, consultation with the government concerning a number of factual and legal issues and the possibility of

reaching a negotiated settlement.  Counsel has been in the process of having the drugs seized in this case re-tested.  The re-testing has been completed; however new calculations and negotiations to finalize a plea agreement are on-going.  All counsel therefore seek additional necessary preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 22, 2007, date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED**.

Dated: December 5, 2006         /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                JOSE ANGEL BUSTAMANTE

Dated: December 6, 2006         /S/ Victor Haltom
                                VICTOR HALTOM
                                Attorney for Defendant
                                SANTOS BUSTAMANTE

Dated: December 6, 2006         /S/ Russell Humphrey
                                RUSSELL HUMPHREY
                                Attorney for Defendant
                                SANTOS FELIX

Dated: December 5, 2006         /S/ Mary Grad
                                MARY GRAD
                                Assistant United States Attorney
                                Attorney for Plaintiff

Stipulation and Order                 2

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: December 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE