DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE ANGEL BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-0384 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOSE ANGEL BUSTAMANTE, et al. ) Defendant. ) | |
| | Date:  February 26, 2007 |
| | Time:  8:30 a.m. |
| | Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney CAROLYN DELANEY, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE ANGEL BUSTAMANTE, attorney VICTOR HALTOM, counsel for SANTOS BUSTAMANTE, and attorney RUSSELL HUMPHREY, counsel for SANTOS FELIX, that the status conference scheduled for January 22, 2007, be vacated and the matter be continued to this Court's criminal calendar on February 26, 2007 at 8:30 a.m, for status and possible change of plea.

This continuance is requested by the defense due to new developments in negotiations, to permit further client consultation, consultation with the government concerning a number of factual and

1  legal issues and the possibility of reaching a negotiated settlement.
2  All counsel therefore seek additional necessary preparation time.

4  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7  ends of justice served in granting the continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the
9  public and the defendant in a speedy trial.
10  The Court is advised that all counsel have conferred about this
11  request, that they have agreed to the February 26, 2007, date, and that
12  Ms. Delaney has authorized Ms. Santos to sign this stipulation on her
13  behalf.
14  **IT IS SO STIPULATED**.

16  Dated: January 18, 2007        /S/ Dina L. Santos
                                   DINA L. SANTOS
17                                 Attorney for Defendant
                                   JOSE ANGEL BUSTAMANTE
18
    Dated: January 18, 2007        /S/ Victor Haltom
19                                 VICTOR HALTOM
                                   Attorney for Defendant
20                                 SANTOS BUSTAMANTE

21  Dated: January 18, 2007        /S/ Russell Humphrey
                                   RUSSELL HUMPHREY
22                                 Attorney for Defendant
                                   SANTOS FELIX
23
    Dated: January 18, 2007        /S/ Carolyn Delaney
24                                 CAROLYN DELANEY
                                   Assistant United States Attorney
25                                 Attorney for Plaintiff

Stipulation and Order                     2

1 **O R D E R**

2 **IT IS SO ORDERED.**

3     By the Court,

5 Dated: January 19, 2007

    _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE