```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE ANGEL BUSTAMANTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 05-0384 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| JOSE ANGEL BUSTAMANTE, et al. ) | |
| Defendant. ) | |
| ) | Date:  April 2, 2007 |
| _____ ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MARY GRAD, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE ANGEL BUSTAMANTE, attorney VICTOR HALTOM, counsel for SANTOS BUSTAMANTE, and attorney RUSSELL HUMPHREY, counsel for SANTOS FELIX, that the status conference scheduled for February 26, 2007, be vacated and the matter be continued to this Court's criminal calendar on April 2, 2007 at 8:30 a.m, for status and possible change of plea.

This continuance is requested by the defense due to new developments in negotiations, continuing investigation, further client consultation, and continuing negotiations with the government

concerning a number of factual and legal issues and the possibility of reaching a negotiated settlement.  All counsel therefore seek additional necessary preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 2, 2007, date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: February 22, 2007          /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  JOSE ANGEL BUSTAMANTE

Dated: February 22, 2007          /S/ Victor Haltom
                                  VICTOR HALTOM
                                  Attorney for Defendant
                                  SANTOS BUSTAMANTE

Dated: February 22, 2007          /S/ Russell Humphrey
                                  RUSSELL HUMPHREY
                                  Attorney for Defendant
                                  SANTOS FELIX

Dated: February 22, 2007          /S/ Mary Grad
                                  MARY GRAD
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

   By the Court,

Dated: February 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE