**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**SANTOS AVILA BUSTAMANTE**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR. S. 05-0384 WBS |
| Plaintiff, | **ORDER** |
| v. | |
| **SANTOS AVILA BUSTAMANTE**, et al., | |
| Defendants. | |

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the status conference scheduled herein for April 2, 2007, is vacated, and a new status conference is scheduled for May 14, 2007 at 8:30 a.m.    Further, IT IS ORDERED that time is excluded as per the terms of the stipulation between the parties.

DATE: **April 2, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE