1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE ANGEL BUSTAMANTE
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     ) No. 05-0384 WBS
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER VACATING
13      v.                       ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
14 JOSE ANGEL BUSTAMANTE, et al. )
                Defendant.       )
15                               ) Date:  June 4, 2007
   _____ ) Time:  8:30 a.m.
16                               ) Judge: Hon. Shubb

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney MARY GRAD, Counsel for Plaintiff, and Attorney Dina L. Santos,

20 Counsel for Defendant JOSE ANGEL BUSTAMANTE, attorney VICTOR HALTOM,

21 counsel for SANTOS BUSTAMANTE, and attorney RUSSELL HUMPHREY, counsel

22 for SANTOS FELIX, that the status conference scheduled for May 14,

23 2007, be vacated and the matter be continued to this Court's criminal

24 calendar on June 4, 2007 at 8:30 a.m, for status and possible change of

25 plea.

26      This continuance is requested by the defense due to new

27 developments in negotiations, continuing investigation, further client

28 consultation, and continuing negotiations with the government

1  concerning a number of factual and legal issues and the possibility of
2  reaching a negotiated settlement.  All counsel has just recently
3  received plea agreements, which need to be reviewed with each client.
4  Additionally, I am preparing for jury trial and have been unable to
5  meet with my client to review the latest plea agreement.  All counsel
6  therefore seek additional necessary preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 4, 2007, date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED**.

Dated: May 10, 2007          /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             JOSE ANGEL BUSTAMANTE

Dated: May 10, 2007          /S/ Victor Haltom
                             VICTOR HALTOM
                             Attorney for Defendant
                             SANTOS BUSTAMANTE

Dated: May 10, 2007          /S/ Russell Humphrey
                             RUSSELL HUMPHREY
                             Attorney for Defendant
                             SANTOS FELIX

Stipulation and Order                2

```
Dated: May 10, 2007            /S/ Mary Grad
                               MARY GRAD
                               Assistant United States Attorney
                               Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

      By the Court,

Dated: May 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE