DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE ANGEL BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-0384 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| JOSE ANGEL BUSTAMANTE, et al. ) | |
| Defendant. ) | |
| ) | Date:  June 11, 2007 |
| _____ ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MARY GRAD, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE ANGEL BUSTAMANTE, attorney VICTOR HALTOM, counsel for SANTOS BUSTAMANTE, and attorney RUSSELL HUMPHREY, counsel for SANTOS FELIX, that the status conference scheduled for June 4, 2007, be vacated and the matter be continued to this Court's criminal calendar on June 11, 2007 at 8:30 a.m, for change of plea.

This continuance is requested by the defense for client consultation regarding the proposed plea agreements.  All counsel are very close to reaching a final disposition and anticipate a change of plea at the next court date.  All counsel therefore seek additional

1  necessary preparation time.

2

3  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6  ends of justice served in granting the continuance and allowing the
7  defendant further time to prepare outweigh the best interests of the
8  public and the defendant in a speedy trial.
9  The Court is advised that all counsel have conferred about this
10 request, that they have agreed to the June 11, 2007, date, and that Ms.
11 Grad has authorized Ms. Santos to sign this stipulation on her behalf.

12

13

14 **IT IS SO STIPULATED.**

15

16 Dated: May 31, 2007              /S/ Dina L. Santos
                                    DINA L. SANTOS
17                                  Attorney for Defendant
                                    JOSE ANGEL BUSTAMANTE
18
   Dated: May 31, 2007              /S/ Victor Haltom
19                                  VICTOR HALTOM
                                    Attorney for Defendant
20                                  SANTOS BUSTAMANTE

21 Dated: May 10, 2007              /S/ Russell Humphrey
                                    RUSSELL HUMPHREY
22                                  Attorney for Defendant
                                    SANTOS FELIX
23
   Dated: May 31, 2007              /S/ Mary Grad
24                                  MARY GRAD
                                    Assistant United States Attorney
25                                  Attorney for Plaintiff

26
                                  **O R D E R**
27
      **IT IS SO ORDERED.**
28

Stipulation and Order                2

By the Court,

Dated: June 1, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    3